## HUNT *et al.* *v.* DAVENPORT.

FISH, C. J. 1. An amendment to an answer was properly disallowed which set up that the note, the foundation of the action, was void for the reason that it was given for a patent right, though not expressing upon its face its consideration. *Parr* v. *Erickson,* 115 *Ga.* 873 (42 S. E. 240).

2. Under the evidence and the law applicable thereto, a verdict was demanded in behalf of the plaintiff, and the trial judge did not err in so directing.          *Judgment affirmed. All the Justices concur.*
                        AUGUST 19, 1912.

Complaint. Before Judge Edwards. Haralson superior court. July 20, 1911.

*James Beall* and *Buford F. Boykin,* for plaintiffs in error.
*Griffith & Matthews,* contra.